**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan Antonio GUZMAN, Defendant–Appellant.**

No. 05–17241
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 27, 2007.

George Allen Couture, Rosemary T. Cakmis, Federal Public Defender, Orlando, FL, R. Fletcher Peacock, Tampa, FL, for Defendant–Appellant.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BIRCH, BARKETT and COX, Circuit Judges.

PER CURIAM:

James T. Skuthan, appointed counsel for Juan Antonio Guzman, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Guzman's convictions and sentence are **AFFIRMED**.